RECEIVED & FILED
CLERK'S OFFICE
NOV 0 4 2025
US DISTRICT COURT
SAN JUAN, PR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff,

v.

[1] BRYAN JOEL DÍAZ ROSARIO,
a/k/a "Bigote"
Counts One through Eight
[2] EMANUEL ERAZO GONZÁLEZ,
a/k/a "Pangola"
Counts One through Eight
[3] JUAN CARLOS BLANCO MELÉNDEZ,
a/k/a "Puchu"
Counts One through Seven
[4] MIGUEL ANGEL RODRÍGUEZ ORTIZ,
a/k/a "Gambito"
Counts One through Eight
[5] XAVIER SANTIAGO BERRIOS,
a/k/a "Xavy","Xavy"
Counts One through Eight
[6] LOUIS DANIEL DÁVILA ROMÁN,
a/k/a "Gui","Guimo"
Counts One through Seven
[7] EDUARDO SÁNCHEZ-SIERRA,
a/k/a "Macho"
Counts One through Seven
[8] AMMISADAY SILVA-APONTE,
a/k/a "Bayamoncito"
Counts One through Eight
[9] ARMANDO LÓPEZ ROSA,
a/k/a "Popeye"
Counts One through Seven
[10] CARLOS JAVIER SANTOS RIVERA, a/k/a "Negrito"
Counts One through Six
[11] EDUARDO GABRIEL RODRIGUEZ DÍAZ,
a/k/a "Chispi","Chispin"
Counts One through Six
[12] EMANUEL DIAZ FLORES,

**INDICTMENT**

FILED UNDER SEAL

CRIMINAL NO. 26-468 (ADC)

Violations:

(COUNT ONE)
Title 21, U.S.C., §§ 841(a)(1), 846 and 860.

(COUNT TWO)
Title 21, U.S.C., §§ 841(a)(1), (b)(1)(A) and 860 and Title 18, U.S.C., § 2.

(COUNT THREE)
Title 21, U.S.C., §§841(a)(1), (b)(1)(A) and 860 and Title 18, U.S.C., § 2.

(COUNT FOUR)
Title 21, U.S.C., §§841(a)(1), (b)(1)(A) and 860 and Title 18, U.S.C., § 2.

(COUNT FIVE)
Title 21, U.S.C., §§841(a)(1), (b)(1)(B) and 860 and Title 18, U.S.C., § 2.

(COUNT SIX)
Title 21, U.S.C., §§ 841(a)(1), (b)(1)(A) and 860 and Title 18, U.S.C., § 2.

(COUNT SEVEN)
Title 18, U.S.C., §§ 924(c)(1)(A)(i) and 2.

(COUNT EIGHT)
Title 18, U.S.C., §§ 924(c)(1)(A)(i), (B)(ii) and 2.

Narcotics Forfeiture Allegation
Title 21, U.S.C., § 853 and
Rule 32.2(a) F.R.C.P.

Firearms and Ammunition Forfeiture

a/k/a "El Colorao","Colo"
Counts One through Eight
[13] EMANUEL FIGUEROA CENTENO,
a/k/a "Emma"
Counts One through Six
[14] HÉCTOR DAVID CASTRO MERCED,
a/k/a "Bebin", "Bebi", "El David"
Counts One through Seven
[15] HUGO MARTIN MENDEZ RAMOS,
A.K.A "HUGUITO",
Counts One through Six
[16] JOAN MANUEL MARQUEZ RIVERA,
a/k/a "Yomo", "El Bebo", "Joancito"
Counts One through Eight
[17] JOAN MARTIN ORTIZ BERRIOS,
a/k/a "El Viejo"
Counts One through Eight
[18] JOSE RAMON COLON ROSARIO,
a/k/a "Chema"
Counts One through Eight
[19] JOSEPH JOE MARCANO GARCIA,
a/k/a "Barba"
Counts One through Seven
[20] JOSHUA VEGA ORTEGA,
a/k/a "El Enano","Silencio"
Counts One through Seven
[21] JUAN MANUEL RUIZ FIGUEROA,
a/k/a "Mau"
Counts One through Six
[22] KEVIN TRINIDAD BÁEZ,
a/k/a "Kayu", "Caju", "Cayu"
Counts One through Eight
[23] LUIS DAVID DE JESÚS,
a/k/a "Davisito", "David", "La D", "La Letra"
Counts One through Seven
[24] LUIS ENRIQUE NEGRON MERCED,
a/k/a "Ricky Palmas"
Counts One through Seven
[25] LUIS ORLANDO COTTO LUQUE,
a/k/a "Casper", "Gasper", "Notario", "Notorio"
Counts One through Six
[26] MIGUEL ANGEL HERNANDEZ TORRES,
a/k/a "Miguel Barba"
Counts One through Eight
[27] VICTOR XAVIER FIGUEROA CENTENO,

Allegation
Title 18, U.S.C., § 924(d)(1);
Title 28 U.S.C. § 2461 (c); and
Rule 32.2(a) F.R.C.P.

**(EIGHT COUNTS)**

a/k/a "Barba"
Counts One through Six
[28] XADIER EMERITO MARTINEZ MERCED,
Counts One through Six
[29] KEVIN JOVAN CAEZ ALGEA,
a/k/a "Kelvin"
Counts One through Seven
[30] EDGERAL ESTRELLA BUSIGO,
a/k/a "Galdito"
Counts One through Seven
[31] LUÍS ANGEL COLON RODRÍGUEZ,
a/k/a "Gongu","Gungu"
Counts One through Eight
[32] LUIS FELIPE MIRANDA MORALES,
a/k/a "Panty"
Counts One through Seven
[33] JANIEL MANUEL GOMEZ VAZQUEZ,
a/k/a "Costi"
Counts One through Six
[34] CARLOS DANIEL RIVERA SANTOS,
a/k/a "Tres Pacitos", "Pri"
Counts One through Eight
[35] CARLOS ORLANDO MERCED RAMOS, a/k/a "Landy"
Counts One through Six
[36] CHRISTIAN GIOVANNIE ROLDAN COLON, a/k/a "Roldan"
Counts One through Eight
[37] CHRISTIAN LUIS PEREZ HERNANDEZ, a/k/a "Casper"
Counts One through Eight
[38] ELI LARRAZABAL RIVERA, a/k/a "Elika", "Papujo"
Counts One through Seven
[39] FRANIEL VELAZQUEZ COLÓN,
a/k/a "Logan", "Bebo"
Counts One through Six
[40] GIOVANI RODRIGUEZ RIVERA,
a/k/a "Giovani", "Giova Cartoon", "Cartoon"
Counts One through Eight
[41] JASON VALLE CENTENO,
Counts One through Six
[42]LUIS MANUEL FIGUEROA CENTERNO,
a/k/a "Choco", "Negro", "Chakar", "Chakal"
Counts One through Seven

[43] MICHAEL RIVERA FLORES,
a/k/a "Miky", "Maiky"
Counts One through Seven
[44] CHRISTIAN CARTAGENA TORRES,
a/k/a "Los Christian", "El Flaco"
Counts One through Six
[45] RAFAEL ANGEL COTTO SANCHEZ,
a/k/a "Fufi","Mellao", "Feo"
Counts One through Eight
[46] EZEQUIEL BAEZ GONZALEZ,
a/k/a "Bellaquito"
Counts One through Seven
[47] LORENZO LLINAS RIVERA, a/k/a "Lolo", "Don Cidra"
Counts One through Six
[48] JORGE EDUARDO RIVERA FLORES, a/k/a "Georgie Cara de Caballo, Jorgie Cara De Caballo, Georgie, Gorgi"
Counts One through Six
[49] JOSE YASER FLORES DIAZ,
a/k/a "El Lindo"
Counts One through Seven
[50] LUIS RENE HERNANDEZ SILVA, a/k/a "Sapito"
Counts One through Seven
[51] RICHARD YANIER ROMÁN PÉREZ,
a/k/a "Richard"
Counts One through Seven
[52] NELSON LUIS COTTO ROMAN,
a/k/a "Viejo"
Counts One through Seven
[53] CARLOS FELIPE ZALDUONDO DIAZ,
a/k/a "Colorao", "El Colo"
Counts One through Six
[54] CHRISTIAN JOSE COTTO ORTIZ, a/k/a "Ciribillo"
Counts One through Six
[55] FELIX DANIEL RODRIGUEZ DÍAZ,
a/k/a "Negrito"
Counts One through Six

Defendants.

**THE GRAND JURY CHARGES:**

**COUNT ONE**
21 U.S.C. §§ 841(a)(1) & (b)(1)(A), 846 & 860

*(Conspiracy to Possess with Intent to Distribute/Distribution of Controlled Substances)*

From in or about 2022, and continuing up to and until the date of the return of the instant Indictment, in the Municipalities of Aguas Buenas, Cidra and areas nearby, in the District of Puerto Rico, and within the jurisdiction of this Court,

[1] BRYAN JOEL DÍAZ ROSARIO, A/K/A "BIGOTE",
[2] EMANUEL ERAZO GONZÁLEZ, A/K/A "PANGOLA",
[3] JUAN CARLOS BLANCO MELÉNDEZ, A/K/A "PUCHU",
[4] MIGUEL ANGEL RODRÍGUEZ ORTIZ, A/K/A "GAMBITO",
[5] XAVIER SANTIAGO BERRIOS, A/K/A "XAVY","XAVY",
[6] LOUIS DANIEL DÁVILA ROMÁN, A/K/A "GUI","GUIMO",
[7] EDUARDO SÁNCHEZ-SIERRA, A/K/A "MACHO",
[8] AMMISADAY SILVA-APONTE, A/K/A "BAYAMONCITO",
[9] ARMANDO LÓPEZ ROSA, A/K/A "POPEYE",
[10] CARLOS JAVIER SANTOS RIVERA, A/K/A "NEGRITO",
[11] EDUARDO GABRIEL RODRIGUEZ DÍAZ, A/K/A "CHISPI","CHISPIN",
[12] EMANUEL DIAZ FLORES, A/K/A "EL COLORAO","COLO",
[13] EMANUEL FIGUEROA CENTENO, A/K/A "EMMA",
[14] HÉCTOR DAVID CASTRO MERCED, A/K/A "BEBIN", "BEBI", "EL DAVID",
[15] HUGO MARTIN MENDEZ RAMOS, A/K/A "HUGITO",
[16] JOAN MANUEL MARQUEZ RIVERA, A/K/A "YOMO", "EL BEBO", JOANCITO",
[17] JOAN MARTIN ORTIZ BERRIOS, A/K/A "EL VIEJO",
[18] JOSE RAMON COLON ROSARIO, A/K/A "CHEMA",
[19] JOSEPH JOE MARCANO GARCIA, A/K/A "BARBA",
[20] JOSHUA VEGA ORTEGA, A/K/A "EL ENANO","SILENCIO",
[21] JUAN MANUEL RUIZ FIGUEROA, A/K/A "MAU",
[22] KEVIN TRINIDAD BÁEZ, A/K/A "KAYU", "CAJU", "CAYU",
[23] LUIS DAVID DE JESÚS, A/K/A "DAVISITO", "DAVID", "LA D", "LA LETRA",
[24] LUIS ENRIQUE NEGRON MERCED, A/K/A "RICKY PALMAS",
[25] LUIS ORLANDO COTTO LUQUE, A/K/A "CASPER", "GASPER", "NOTARIO", "NOTORIO",
[26] MIGUEL ANGEL HERNANDEZ TORRES, A/K/A "MIGUEL BARBA",
[27] VICTOR XAVIER FIGUEROA CENTENO, A/K/A "BARBA",
[28] XADIER EMERITO MARTINEZ MERCED,
[29] KEVIN JOVAN CAEZ ALGEA, A/K/A "KELVIN",
[30] EDGERAL ESTRELLA BUSIGO, A/K/A "GALDITO",
[31] LUÍS ANGEL COLON RODRÍGUEZ, A/K/A "GONGU","GUNGU",
[32] LUIS FELIPE MIRANDA MORALES, A/K/A "PANTY",
[33] JANIEL MANUEL GOMEZ VAZQUEZ, A/K/A "COSTI",
[34] CARLOS DANIEL RIVERA SANTOS, A/K/A "TRES PACITOS", "PRI",

[35] CARLOS ORLANDO MERCED RAMOS, A/K/A "LANDY",
[36] CHRISTIAN GIOVANNIE ROLDAN COLON, A/K/A "ROLDAN",
[37] CHRISTIAN LUIS PEREZ HERNANDEZ, A/K/A "CASPER",
[38] ELI LARRAZABAL RIVERA, A/K/A "ELIKA", "PAPUJO",
[39] FRANIEL VELAZQUEZ COLÓN, A/K/A "LOGAN", "BEBO",
[40] GIOVANI RODRIGUEZ RIVERA, A/K/A "GIOVANI", "GIOVA CARTOON", "CARTOON",
[41] JASON VALLE CENTENO, ,
[42]LUIS MANUEL FIGUEROA CENTERNO, A/K/A "CHOCO", "NEGRO", "CHAKAR", "CHAKAL",
[43] MICHAEL RIVERA FLORES, A/K/A "MIKY", "MAIKY",
[44] CHRISTIAN CARTAGENA TORRES, A/K/A "LOS CHRISTIAN", "EL FLACO",
[45] RAFAEL ANGEL COTTO SANCHEZ, A/K/A "FUFI","MELLAO", "FEO",
[46] EZEQUIEL BAEZ GONZALEZ, A/K/A "BELLAQUITO",
[47] LORENZO LLINAS RIVERA, A/K/A "LOLO", "DON CIDRA",
[48] JORGE EDUARDO RIVERA FLORES, A/K/A "GEORGIE CARA DE CABALLO, JORGIE CARA DE CABALLO, GEORGIE, GORGI",
[49] JOSE YASER FLORES DIAZ, A/K/A "EL LINDO",
[50] LUIS RENE HERNANDEZ SILVA, A/K/A "SAPITO",
[51] RICHARD YANIER ROMÁN PÉREZ, A/K/A "RICHARD",
[52] NELSON LUIS COTTO ROMAN, A/K/A "VIEJO",
[53] CARLOS FELIPE ZALDUONDO DIAZ, A/K/A "COLORAO", "EL COLO",
[54] CHRISTIAN JOSE COTTO ORTIZ, A/K/A "CIRIBILLO",
[55] FELIX DANIEL RODRIGUEZ DÍAZ, A/K/A "NEGRITO",

the defendants herein, did knowingly and intentionally combine, conspire, and agree with each other and with other persons known and unknown to the Grand Jury, to commit offenses against the United States, that is, to knowingly and intentionally possess with intent to distribute and distribute controlled substances, to wit: one (1) kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Narcotic Drug Controlled Substance; four hundred (400) grams or more of a mixture or a substance containing a detectable amount of N-(1-(2-phenethyl)-4-piperidinyl-N-phenyl-propanamide (fentanyl), a Schedule II Narcotic Drug Controlled Substance; two hundred eighty (280) grams or more of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II

Narcotic Drug Controlled Substance; five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II, Narcotic Drug Controlled Substance; one hundred (100) kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I, Controlled Substance; a mixture or substance containing a detectable amount of Clonazepam, a Schedule IV, Controlled Substance, a mixture or substance containing a detectable amount of Oxycodone (commonly known as Percocet), a Schedule II Controlled Substance; and a mixture or substance containing a detectable amount of Alprazolam (commonly known as Xanax), all within one thousand (1,000) feet of the real properties comprising housing facilities owned by a public housing authority, that is, the Jardines de Cidra Public Housing Project, Praxedes Santiago Public Housing Project, Vista de Jagueyes Public Housing Project and Vista Alegre Public Housing Project, and other areas nearby.

## I. <u>THE CONSPIRACY</u>

From in or about early 2022, the criminal organization has controlled the narcotics trafficking operations within the Jardines de Cidra Public Housing Project, Praxedes Santiago Public Housing Project, Vista de Jagueyes Public Housing Project and Vista Alegre Public Housing Project. Members of the violent gang used firearms, violence and intimidation to control their illegal operations within their territories.

During the conspiracy, the violent gang sold more than 1 kilogram of heroin, more than 5 kilograms of cocaine base (crack), more than 5 kilograms of cocaine, more than 100 kilograms of marijuana, and more than 1 kilogram of fentanyl. The illicit proceeds of this drug trafficking organization are at least $100,000,000.00 between 2022 and present.

## II. <u>OBJECTS OF THE CONSPIRACY</u>

An object of the conspiracy was to operate a violent drug-trafficking organization to distribute controlled substances in the Municipalities of Aguas Buenas, Cidras, and areas nearby, all for significant financial gain and profit. Members of the conspiracy would also engage in the business of trafficking illegal firearms. Another object of the conspiracy was to maintain control of all the drug trafficking activities within the controlled areas by the use of force, threats, violence and intimidation. In preserving power and protecting territory, the members of the conspiracy would profit from the illegal distribution of narcotics and the trafficking of illegal firearms. When members of the conspiracy perceived threats to the organization and/or its members they would engage in violent acts including, but not limited to, murder to protect themselves and their organization. Members of the conspiracy would also transport, ship and distribute kilogram quantities of cocaine from Puerto Rico into the continental United States.

## III. MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendants and co-conspirators would accomplish and further the objects of the conspiracy included, among other things, the following:

### A. THE OPERATION OF DRUG POINTS

1. Defendants and their co-conspirators would operate several drug points out of different housing projects and wards in and near Aguas Buenas and Cidra, Puerto Rico.

2. Defendants and their co-conspirators would sell street quantity amounts of heroin, fentanyl, cocaine base ("crack"), cocaine, pills, and marijuana at the drug distribution points.

3. Defendants and their co-conspirators would sell the heroin, fentanyl, cocaine

base ("crack"), cocaine, pills, and marijuana in small baggies, vials, decks, or other packaging used for street sale at the drug distribution points.

4. Defendants and their co-conspirators would package controlled substances for later distribution at the drug points.

5. Defendants and their co-conspirators would receive heroin, fentanyl, cocaine, cocaine base ("crack"), pills and marijuana already packaged for street sale distribution at the drug points.

6. Defendants and their co-conspirators would use residences or apartments to "work" the "table", which is the process of preparing, cutting, and decking the narcotics to be sold at the drug distribution points. At times, Defendants and their co-conspirators would also use abandoned residences or apartments to process and prepare narcotics.

7. Defendants and their co-conspirators would use residences and/or apartments to stash controlled substances, firearms, ammunition, magazines, drug paraphernalia and other items to further their criminal activities.

8. Defendants and their co-conspirators would use two-way radios ("walkie-talkies" referred to as scanners) and cellular phones to communicate and alert other members of the organization of the presence of law enforcement agents or members of rival gangs and to discuss among themselves the operations of the drug distribution points.

9. Defendants and their co-conspirators would use cellular phones, including messaging apps and social media platforms and other communication devices to further their drug trafficking and illegal firearms trafficking activities.

10. Defendants and their co-conspirators would use two-way radios during violent incidents, to gain strategic advantages over law enforcement and rival gangs.

11. Defendants and their co-conspirators would keep other members of the organization informed of the movements of law enforcement agents and perceived enemies by using two-way radios to keep other members informed of what was happening and to give instructions.

12. Defendants and their co-conspirators would keep each other informed of their activities, plans, future transactions, and would share information about drug trafficking activities and violent acts with the purpose of avoiding detection and ensuring the success of their criminal venture.

13. Defendants and their co-conspirators would engage in the trafficking of illegal firearms and ammunition using their social media accounts and other social media applications and platforms.

14. Defendants and their co-conspirators would obtain lawful use and carry permits for firearms to facilitate the acquisition of ammunition which at times was distributed among members of the organization.

15. Defendants and their co-conspirators with lawful use and carry permits would trade firearms amongst themselves with the purpose of furthering their drug trafficking activities.

16. Defendants and their co-conspirators with lawful use and carry permits would possess firearms to further the criminal enterprise, including illegally purchased weapons that were converted to machineguns.

17. Defendants and their co-conspirators would use photos, social media posts and videos, including, but not limited to, music videos, which would be posted to various social media platforms to display their association, power and command over their areas of control.

While creating this content defendants and their co-conspirators would possess real firearms and ammunition as a display of power and intimidation.

18. Defendants and their co-conspirators would use different gang signs, emblems, and jewelry to promote their music and their gang affiliation.

19. Defendants and their co-conspirators would protect themselves and each other from prosecution by advising each other to provide false statements and providing false statements to law enforcement when questioned by the police in relation to crimes committed by gang members, and by taking retribution against those that cooperated with the authorities.

**B. <u>THE ESTABLISHMENT OF A HIERARCHY</u>**

22. Defendants and their co-conspirators would act in different roles to further the goals of the conspiracy, to wit: leaders, suppliers, drug point owners, enforcers, runners, sellers, lookouts, and facilitators.

23. Defendants and their co-conspirators would have meetings at La Finca to discuss strategy and plan their criminal activities, including, but not limited to, drug trafficking and acts of violence.

24. Defendants and their co-conspirators would hold meetings at different locations, including but not limited to the Jardines de Cidra Public Housing Project, Praxedes Santiago Public Housing Project, Vista de Jagueyes Public Housing Project and Vista Alegre Public Housing Project to discuss drug trafficking business and issues between gang members. For these meetings, each PHP would send their representatives to participate.

25. Defendants and their co-conspirators would support the drug trafficking operations of each housing project by providing access to drugs, intelligence, firearms, and protection whenever the need arose.

C. THE THREATENED AND ACTUAL USE OF VIOLENCE

26. Defendants and their co-conspirators would use intimidation, force, and violence to maintain control of the drug trafficking operations, intimidate rival drug trafficking organizations, and discipline members of their own drug trafficking organization.

27. Defendants and their co-conspirators would participate in murders and shootings to further their drug trafficking operations.

28. Defendants and their co-conspirators would use violence to take over other areas to sell their own narcotics to increase their power and scope.

D. AVOIDANCE OF DETECTION BY LAW ENFORCEMENT

29. Defendants and their co-conspirators would take actions to attempt to avoid detection of their illicit activities by law enforcement.

30. Defendants and their co-conspirators would often use stolen cars to carry out acts of violence so the cars could not be traced back to them.

31. Defendants and their co-conspirators would often use masks and black clothing to commit acts of violence and avoid detection by law enforcement or rival gang members.

32. Defendants and their co-conspirators would often purchase cars, motorcycles, and all-terrain vehicles (ATVs) and would not register them in their names.

33. Defendants and their co-conspirators would use coded words when referring to the names of their housing projects and areas, the controlled substances they distributed, firearms, each other, and other items relating to the activities of the DTO.

34. Defendants and their co-conspirators would hide, sell, and otherwise dispose of firearms, narcotics and other items related to the activities of the DTO so that law enforcement officers would not find those items and trace them back to the members of the

DTO.

35. Defendants and their co-conspirators would ask others to lie to law enforcement to shield them from police investigations. Defendants and their co-conspirators would obtain information about who they perceived to be cooperating with law enforcement and would distribute this information among the other members of the gang.

36. Defendants and their co-conspirators would ask each other to move drugs or firearms for them if law enforcement was detected in the area.

37. Defendants and their co-conspirators would ask others to hide them in vehicles to get them out of the housing projects during law enforcement operations.

## E. THE POSSESSION AND USE OF FIREARMS

39. Defendants and their co-conspirators would routinely possess, carry, brandish, and use firearms to protect themselves and their drug trafficking organization. At different points during the conspiracy, the leaders of the organization would provide the members of the organization with different types of firearms, pistols and "high powered" rifles, to protect themselves, the narcotics and their profits from rival gang members.

40. Defendants and their co-conspirators would modify or alter pistols and "high powered" rifles to convert them to automatic weapons (machineguns) for use in their drug trafficking activities.

41. Defendants and their co-conspirators would legally and illegally purchase firearms and then sell them to other members of the drug trafficking organization.

42. Defendants and their co-conspirators would stash firearms and ammunition in strategic locations within the housing projects to have quick access to them in any situation or when they perceived a threat against members of the organization.

43. Defendants and their co-conspirators would sell or transfer their firearms to other members of the drug trafficking organization to protect themselves, the narcotics, and the proceeds derived from the sales.

## IV. ROLES OF THE MEMBERS OF THE CONSPIRACY

44. Leaders controlled and supervised the drug trafficking operations at the drug distribution points located within the Jardines de Cidra Public Housing Project, Praxedes Santiago Public Housing Project, Vista de Jagueyes Public Housing Project and Vista Alegre Public Housing Project and other areas nearby. During the span of the conspiracy, leaders purchased kilogram quantities of narcotics and oversaw the sale of such narcotics at the drug distribution points. They would receive proceeds from the sale of controlled substances distributed at the drug distribution points. Some of the leaders of the organization would also oversee the transportation and distribution of kilogram quantities of cocaine to the continental United States and would derive profits from those drug trafficking activities. Additionally, leaders would perform or carry out several acts within the conspiracy including, but not limited to, supplying narcotics, firearms and ammunition to the DTO and/or drug distribution points. At various times during the course of the conspiracy, leaders purchased firearms and allowed members of the conspiracy to carry such firearms and ammunition in order to protect the drug distribution activities. Leaders would also possess firearms in furtherance of the drug trafficking activities of the organization. They would conduct meetings to resolve issues, give instructions and discuss items of interest to the DTO.

45. Drug point owners would receive the profits from the sale of the controlled substances they owned and distributed. Drug point owners would also sometimes act as leaders. Drug point owners were responsible for determining the price of the controlled

substances they distributed. They were also responsible for giving instructions to other members of the DTO. They would conduct meetings to resolve issues, give instructions, and discuss items of interest to the DTO.

46. Enforcers would possess, carry, brandish, use, and discharge firearms to protect the leaders and members of the drug trafficking organization, the narcotics, and the proceeds derived from their sales, and to further accomplish the objects of the conspiracy. Enforcers often acted upon instructions given by the leaders and drug point owners of the conspiracy. Enforcers would often provide protection to the drug trafficking organization's drug-distribution points. Enforcers would sometimes participate in acts of violence, including murders.

47. Suppliers would obtain wholesale quantities of controlled substances and would distribute them to members of the DTO.

48. Runners worked under the supervision of the leaders and drug point owners of the DTO. They were responsible for providing sufficient narcotics to the sellers for further distribution at the drug points. They were also responsible for collecting the proceeds of drug sales and paying the street sellers. They would also supervise and make sure that there were street sellers for every shift at the drug points. At various times, they would be responsible for recruiting street sellers and additional runners. The runners would also supervise the sellers and the daily activities at the drug points.

49. Sellers would distribute street quantity amounts of heroin, fentanyl, crack cocaine, cocaine, pills, and marijuana. As sellers, they were accountable for the drug proceeds and the narcotics sold at the drug-distribution points. Sellers would sometimes sell while wearing a mask and/or gloves.

50. Drug processors would package controlled substances for sale at the drug point. A member of the conspiracy would deliver controlled substances to the drug processor, and the drug processor would take the large amounts of controlled substances and package them into "baggies" or "vials" or "decks" or some other packaging so they could be sold at the drug point. Drug processors would often "cut" the controlled substances with other substances—sometimes a controlled substance and sometimes a non-controlled substance. Drug processors would also, on occasion, take controlled substances to the drug point and/or retrieve money from the drug point.

51. Lookouts would be at strategic vantage points to observe who was approaching the drug points. If a lookout saw police or someone who could be an enemy, they would so indicate over the two-way radios ("walkie-talkies" / "scanners") to other members of the DTO to allow the other members to respond to the situation.

52. Some lookouts would also conduct surveillance for leaders of the DTO at their homes outside of the public housing projects. They would use home security cameras and would advise if law enforcement or potential rivals were in the area.

53. Members of the DTO would sometimes act in more than one of the above-named roles and would also perform other functions as needed.

All in violation of Title 21, U.S.C., §§ 846, 841(a)(1) and (b)(1)(A), and 860.

## COUNT TWO

21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2
*(Possession/Distribution of Heroin)*

From in or about 2022, and continuing up to and until the date of the return of the instant Indictment, in the Municipalities of Aguas Buenas, Cidra and other areas nearby in the District of Puerto Rico and within the jurisdiction of this Court,

[1] BRYAN JOEL DÍAZ ROSARIO, A/K/A "BIGOTE",
[2] EMANUEL ERAZO GONZÁLEZ, A/K/A "PANGOLA",
[3] JUAN CARLOS BLANCO MELÉNDEZ, A/K/A "PUCHU",
[4] MIGUEL ANGEL RODRÍGUEZ ORTIZ, A/K/A "GAMBITO",
[5] XAVIER SANTIAGO BERRIOS, A/K/A "XAVY","XAVY",
[6] LOUIS DANIEL DÁVILA ROMÁN, A/K/A "GUI","GUIMO",
[7] EDUARDO SÁNCHEZ-SIERRA, A/K/A "MACHO",
[8] AMMISADAY SILVA-APONTE, A/K/A "BAYAMONCITO",
[9] ARMANDO LÓPEZ ROSA, A/K/A "POPEYE",
[10] CARLOS JAVIER SANTOS RIVERA, A/K/A "NEGRITO"
[11] EDUARDO GABRIEL RODRIGUEZ DÍAZ, A/K/A "CHISPI","CHISPIN",
[12] EMANUEL DIAZ FLORES, A/K/A "EL COLORAO","COLO"
[13] EMANUEL FIGUEROA CENTENO, A/K/A "EMMA",
[14] HÉCTOR DAVID CASTRO MERCED, A/K/A "BEBIN", "BEBI", "EL DAVID",
[15] HUGO MARTIN MENDEZ RAMOS, A/K/A "HUGITO",
[16] JOAN MANUEL MARQUEZ RIVERA, A/K/A "YOMO", "EL BEBO", JOANCITO",
[17] JOAN MARTIN ORTIZ BERRIOS, A/K/A "EL VIEJO",
[18] JOSE RAMON COLON ROSARIO, A/K/A "CHEMA",
[19] JOSEPH JOE MARCANO GARCIA, A/K/A "BARBA",
[20] JOSHUA VEGA ORTEGA, A/K/A "EL ENANO","SILENCIO",
[21] JUAN MANUEL RUIZ FIGUEROA, A/K/A "MAU",
[22] KEVIN TRINIDAD BÁEZ, A/K/A "KAYU", "CAJU", "CAYU",
[23] LUIS DAVID DE JESÚS, A/K/A "DAVISITO", "DAVID", "LA D", "LA LETRA",
[24] LUIS ENRIQUE NEGRON MERCED, A/K/A "RICKY PALMAS",
[25] LUIS ORLANDO COTTO LUQUE, A/K/A "CASPER", "GASPER", "NOTARIO", "NOTORIO",
[26] MIGUEL ANGEL HERNANDEZ TORRES, A/K/A "MIGUEL BARBA",
[27] VICTOR XAVIER FIGUEROA CENTENO, A/K/A "BARBA",
[28] XADIER EMERITO MARTINEZ MERCED,
[29] KEVIN JOVAN CAEZ ALGEA, A/K/A "KELVIN",
[30] EDGERAL ESTRELLA BUSIGO, A/K/A "GALDITO",
[31] LUÍS ANGEL COLON RODRÍGUEZ, A/K/A "GONGU","GUNGU",
[32] LUIS FELIPE MIRANDA MORALES, A/K/A "PANTY",
[33] JANIEL MANUEL GOMEZ VAZQUEZ, A/K/A "COSTI",
[34] CARLOS DANIEL RIVERA SANTOS, A/K/A "TRES PACITOS", "PRI",
[35] CARLOS ORLANDO MERCED RAMOS, A/K/A "LANDY",
[36] CHRISTIAN GIOVANNIE ROLDAN COLON, A/K/A "ROLDAN",
[37] CHRISTIAN LUIS PEREZ HERNANDEZ, A/K/A "CASPER",
[38] ELI LARRAZABAL RIVERA, A/K/A "ELIKA", "PAPUJO",
[39] FRANIEL VELAZQUEZ COLÓN, A/K/A "LOGAN", "BEBO",
[40] GIOVANI RODRIGUEZ RIVERA, A/K/A "GIOVANI", "GIOVA CARTOON", "CARTOON",

[41] JASON VALLE CENTENO,
[42]LUIS MANUEL FIGUEROA CENTERNO, A/K/A “CHOCO”, “NEGRO”, “CHAKAR”, “CHAKAL”,
[43] MICHAEL RIVERA FLORES, A/K/A “MIKY”, “MAIKY”,
[44] CHRISTIAN CARTAGENA TORRES, A/K/A “LOS CHRISTIAN”, “EL FLACO”,
[45] RAFAEL ANGEL COTTO SANCHEZ, A/K/A “FUFI”,”MELLAO”, “FEO”,
[46] EZEQUIEL BAEZ GONZALEZ, A/K/A “BELLAQUITO”,
[47] LORENZO LLINAS RIVERA, A/K/A “LOLO”, “DON CIDRA”,
[48] JORGE EDUARDO RIVERA FLORES, A/K/A “GEORGIE CARA DE CABALLO, JORGIE CARA DE CABALLO, GEORGIE, GORGI”,
[49] JOSE YASER FLORES DIAZ, A/K/A “EL LINDO”,
[50] LUIS RENE HERNANDEZ SILVA, A/K/A “SAPITO”,
[51] RICHARD YANIER ROMÁN PÉREZ, A/K/A “RICHARD”,
[52] NELSON LUIS COTTO ROMAN, A/K/A “VIEJO”,
[53] CARLOS FELIPE ZALDUONDO DIAZ, A/K/A “COLORAO”, “EL COLO”,
[54] CHRISTIAN JOSE COTTO ORTIZ, A/K/A “CIRIBILLO”,
[55] FELIX DANIEL RODRIGUEZ DÍAZ, A/K/A “NEGRITO”,

the defendants herein, aiding and abetting one another, did knowingly and intentionally, possess with intent to distribute, and distribute one (1) kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Narcotic Drug Controlled Substance, within one thousand (1,000) feet of the real properties comprising housing facilities owned by a public housing authority, that is the Jardines de Cidra Public Housing Project, Praxedes Santiago Public Housing Project, Vista de Jagueyes Public Housing Project and Vista Alegre Public Housing Project, and other areas nearby.

All in violation of Title 21, U.S.C., §§ 841(a)(1) and (b)(1)(A) and 860 and Title 18, U.S.C., § 2.

**COUNT THREE**
21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2
*(Possession/Distribution of Cocaine Base)*

From in or about 2022, and continuing up to and until the date of the return of the instant Indictment, in the Municipalities of Aguas Buenas, Cidra and other areas nearby in the District of Puerto Rico and within the jurisdiction of this Court,

[1] BRYAN JOEL DÍAZ ROSARIO, A/K/A "BIGOTE",
[2] EMANUEL ERAZO GONZÁLEZ, A/K/A "PANGOLA",
[3] JUAN CARLOS BLANCO MELÉNDEZ, A/K/A "PUCHU",
[4] MIGUEL ANGEL RODRÍGUEZ ORTIZ, A/K/A "GAMBITO",
[5] XAVIER SANTIAGO BERRIOS, A/K/A "XAVY","XAVY",
[6] LOUIS DANIEL DÁVILA ROMÁN, A/K/A "GUI","GUIMO",
[7] EDUARDO SÁNCHEZ-SIERRA, A/K/A "MACHO",
[8] AMMISADAY SILVA-APONTE, A/K/A "BAYAMONCITO",
[9] ARMANDO LÓPEZ ROSA, A/K/A "POPEYE",
[10] CARLOS JAVIER SANTOS RIVERA, A/K/A "NEGRITO",
[11] EDUARDO GABRIEL RODRIGUEZ DÍAZ, A/K/A "CHISPI","CHISPIN",
[12] EMANUEL DIAZ FLORES, A/K/A "EL COLORAO","COLO",
[13] EMANUEL FIGUEROA CENTENO, A/K/A "EMMA",
[14] HÉCTOR DAVID CASTRO MERCED, A/K/A "BEBIN", "BEBI", "EL DAVID",
[15] HUGO MARTIN MENDEZ RAMOS, A/K/A "HUGITO",
[16] JOAN MANUEL MARQUEZ RIVERA, A/K/A "YOMO", "EL BEBO", JOANCITO" ,
[17] JOAN MARTIN ORTIZ BERRIOS, A/K/A "EL VIEJO",
[18] JOSE RAMON COLON ROSARIO, A/K/A "CHEMA",
[19] JOSEPH JOE MARCANO GARCIA, A/K/A "BARBA",
[20] JOSHUA VEGA ORTEGA, A/K/A "EL ENANO","SILENCIO",
[21] JUAN MANUEL RUIZ FIGUEROA, A/K/A "MAU",
[22] KEVIN TRINIDAD BÁEZ, A/K/A "KAYU", "CAJU", "CAYU",
[23] LUIS DAVID DE JESÚS, A/K/A "DAVISITO", "DAVID", "LA D", "LA LETRA",
[24] LUIS ENRIQUE NEGRON MERCED, A/K/A "RICKY PALMAS",
[25] LUIS ORLANDO COTTO LUQUE, A/K/A "CASPER", "GASPER", "NOTARIO", "NOTORIO",
[26] MIGUEL ANGEL HERNANDEZ TORRES, A/K/A "MIGUEL BARBA,"
[27] VICTOR XAVIER FIGUEROA CENTENO, A/K/A "BARBA",
[28] XADIER EMERITO MARTINEZ MERCED,
[29] KEVIN JOVAN CAEZ ALGEA, A/K/A "KELVIN",
[30] EDGERAL ESTRELLA BUSIGO, A/K/A "GALDITO",
[31] LUÍS ANGEL COLON RODRÍGUEZ, A/K/A "GONGU","GUNGU",
[32] LUIS FELIPE MIRANDA MORALES, A/K/A "PANTY",
[33] JANIEL MANUEL GOMEZ VAZQUEZ, A/K/A "COSTI",
[34] CARLOS DANIEL RIVERA SANTOS, A/K/A "TRES PACITOS", "PRI",
[35] CARLOS ORLANDO MERCED RAMOS, A/K/A "LANDY",

[36] CHRISTIAN GIOVANNIE ROLDAN COLON, A/K/A "ROLDAN",
[37] CHRISTIAN LUIS PEREZ HERNANDEZ, A/K/A "CASPER",
[38] ELI LARRAZABAL RIVERA, A/K/A "ELIKA", "PAPUJO",
[39] FRANIEL VELAZQUEZ COLÓN, A/K/A "LOGAN", "BEBO",
[40] GIOVANI RODRIGUEZ RIVERA, A/K/A "GIOVANI", "GIOVA", CARTOON", "CARTOON",
[41] JASON VALLE CENTENO, ,
[42]LUIS MANUEL FIGUEROA CENTERNO, A/K/A "CHOCO", "NEGRO", "CHAKAR", "CHAKAL",
[43] MICHAEL RIVERA FLORES, A/K/A "MIKY", "MAIKY",
[44] CHRISTIAN CARTAGENA TORRES, A/K/A "LOS CHRISTIAN", "EL FLACO",
[45] RAFAEL ANGEL COTTO SANCHEZ, A/K/A "FUFI","MELLAO", "FEO",
[46] EZEQUIEL BAEZ GONZALEZ, A/K/A "BELLAQUITO",
[47] LORENZO LLINAS RIVERA, A/K/A "LOLO", "DON CIDRA",
[48] JORGE EDUARDO RIVERA FLORES, A/K/A "GEORGIE CARA DE CABALLO, JORGIE CARA DE CABALLO, GEORGIE, GORGI"
[49] JOSE YASER FLORES DIAZ, A/K/A "EL LINDO"
[50] LUIS RENE HERNANDEZ SILVA, A/K/A "SAPITO"
[51] RICHARD YANIER ROMÁN PÉREZ, A/K/A "RICHARD"
[52] NELSON LUIS COTTO ROMAN, A/K/A "VIEJO"
[53] CARLOS FELIPE ZALDUONDO DIAZ, A/K/A "COLORAO", "EL COLO"
[54] CHRISTIAN JOSE COTTO ORTIZ, A/K/A "CIRIBILLO"
[55] FELIX DANIEL RODRIGUEZ DÍAZ, A/K/A "NEGRITO",

the defendants herein, aiding and abetting one another, did knowingly and intentionally possess with intent to distribute and distribute two hundred and eighty (280) grams or more of a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II Narcotic Drug Controlled Substance, within one thousand (1,000) feet of the real properties comprising housing facilities owned by a public housing authority, that is the Jardines de Cidra Public Housing Project, Praxedes Santiago Public Housing Project, Vista de Jagueyes Public Housing Project and Vista Alegre Public Housing Project, and other areas nearby. All in violation of Title 21, U.S.C., §§ 841(a)(1) and (b)(1)(A) and 860 and Title 18, U.S.C., § 2.

## COUNT FOUR

21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2
*(Possession/Distribution of Cocaine)*

From in or about 2022, and continuing up to and until the date of the return of the instant Indictment, in the Municipalities of Aguas Buenas, Cidra and other areas nearby in the District of Puerto Rico and within the jurisdiction of this Court,

[1] BRYAN JOEL DÍAZ ROSARIO, A/K/A "BIGOTE",
[2] EMANUEL ERAZO GONZÁLEZ, A/K/A "PANGOLA",
[3] JUAN CARLOS BLANCO MELÉNDEZ, A/K/A "PUCHU",
[4] MIGUEL ANGEL RODRÍGUEZ ORTIZ, A/K/A "GAMBITO",
[5] XAVIER SANTIAGO BERRIOS, A/K/A "XAVY","XAVY",
[6] LOUIS DANIEL DÁVILA ROMÁN, A/K/A "GUI","GUIMO",
[7] EDUARDO SÁNCHEZ-SIERRA, A/K/A "MACHO",
[8] AMMISADAY SILVA-APONTE, A/K/A "BAYAMONCITO",
[9] ARMANDO LÓPEZ ROSA, A/K/A "POPEYE",
[10] CARLOS JAVIER SANTOS RIVERA, A/K/A "NEGRITO",
[11] EDUARDO GABRIEL RODRIGUEZ DÍAZ, A/K/A "CHISPI","CHISPIN",
[12] EMANUEL DIAZ FLORES, A/K/A "EL COLORAO","COLO",
[13] EMANUEL FIGUEROA CENTENO, A/K/A "EMMA",
[14] HÉCTOR DAVID CASTRO MERCED, A/K/A "BEBIN", "BEBI", "EL DAVID",
[15] HUGO MARTIN MENDEZ RAMOS, A/K/A "HUGITO",
[16] JOAN MANUEL MARQUEZ RIVERA, A/K/A "YOMO", "EL BEBO", JOANCITO" ,
[17] JOAN MARTIN ORTIZ BERRIOS, A/K/A "EL VIEJO",
[18] JOSE RAMON COLON ROSARIO, A/K/A "CHEMA",
[19] JOSEPH JOE MARCANO GARCIA, A/K/A "BARBA",
[20] JOSHUA VEGA ORTEGA, A/K/A "EL ENANO","SILENCIO",
[21] JUAN MANUEL RUIZ FIGUEROA, A/K/A "MAU",
[22] KEVIN TRINIDAD BÁEZ, A/K/A "KAYU", "CAJU", "CAYU",
[23] LUIS DAVID DE JESÚS, A/K/A "DAVISITO", "DAVID", "LA D", "LA LETRA",
[24] LUIS ENRIQUE NEGRON MERCED, A/K/A "RICKY PALMAS",
[25] LUIS ORLANDO COTTO LUQUE, A/K/A "CASPER", "GASPER", "NOTARIO", "NOTORIO",
[26] MIGUEL ANGEL HERNANDEZ TORRES, A/K/A "MIGUEL BARBA",
[27] VICTOR XAVIER FIGUEROA CENTENO, A/K/A "BARBA",

[28] XADIER EMERITO MARTINEZ MERCED,
[29] KEVIN JOVAN CAEZ ALGEA, A/K/A "KELVIN",
[30] EDGERAL ESTRELLA BUSIGO, A/K/A "GALDITO",
[31] LUÍS ANGEL COLON RODRÍGUEZ, A/K/A "GONGU","GUNGU",
[32] LUIS FELIPE MIRANDA MORALES, A/K/A "PANTY",
[33] JANIEL MANUEL GOMEZ VAZQUEZ, A/K/A "COSTI",
[34] CARLOS DANIEL RIVERA SANTOS, A/K/A "TRES PACITOS", "PRI",
[35] CARLOS ORLANDO MERCED RAMOS, A/K/A "LANDY",
[36] CHRISTIAN GIOVANNIE ROLDAN COLON, A/K/A "ROLDAN",
[37] CHRISTIAN LUIS PEREZ HERNANDEZ, A/K/A "CASPER",
[38] ELI LARRAZABAL RIVERA, A/K/A "ELIKA", "PAPUJO",
[39] FRANIEL VELAZQUEZ COLÓN, A/K/A "LOGAN", "BEBO",
[40] GIOVANI RODRIGUEZ RIVERA, A/K/A "GIOVANI", "GIOVA CARTOON", "CARTOON",
[41] JASON VALLE CENTENO, ,
[42]LUIS MANUEL FIGUEROA CENTERNO, A/K/A "CHOCO", "NEGRO", "CHAKAR", "CHAKAL",,
[43] MICHAEL RIVERA FLORES, A/K/A "MIKY", "MAIKY",
[44] CHRISTIAN CARTAGENA TORRES, A/K/A "LOS CHRISTIAN", "EL FLACO",
[45] RAFAEL ANGEL COTTO SANCHEZ, A/K/A "FUFI","MELLAO", "FEO",
[46] EZEQUIEL BAEZ GONZALEZ, A/K/A "BELLAQUITO",
[47] LORENZO LLINAS RIVERA, A/K/A "LOLO", "DON CIDRA",
[48] JORGE EDUARDO RIVERA FLORES, A/K/A "GEORGIE CARA DE CABALLO, JORGIE CARA DE CABALLO, GEORGIE, GORGI",
[49] JOSE YASER FLORES DIAZ, A/K/A "EL LINDO",
[50] LUIS RENE HERNANDEZ SILVA, A/K/A "SAPITO",
[51] RICHARD YANIER ROMÁN PÉREZ, A/K/A "RICHARD",
[52] NELSON LUIS COTTO ROMAN, A/K/A "VIEJO",
[53] CARLOS FELIPE ZALDUONDO DIAZ, A/K/A "COLORAO", "EL COLO",
[54] CHRISTIAN JOSE COTTO ORTIZ, A/K/A "CIRIBILLO",
[55] FELIX DANIEL RODRIGUEZ DÍAZ, A/K/A "NEGRITO",

the defendants herein, aiding and abetting one another, did knowingly and intentionally, possess with intent to distribute and distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Narcotic Drug Controlled Substance, within one thousand (1,000) feet of the real properties comprising housing facilities owned by a public housing authority, that is the Jardines de Cidra Public Housing Project, Praxedes Santiago Public Housing Project, Vista de Jagueyes Public Housing Project and

Vista Alegre Public Housing Project, and other areas nearby.

All in violation of Title 21, U.S.C., §§ 841(a)(1) and (b)(1)(A) and 860 and Title 18, U.S.C., § 2.

## COUNT FIVE

21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2
*(Possession/Distribution of Marijuana)*

From in or about 2022, and continuing up to and until the date of the return of the instant Indictment, in the Municipalities of Aguas Buenas, Cidra and other areas nearby in the District of Puerto Rico, and within the jurisdiction of this Court,

[1] BRYAN JOEL DÍAZ ROSARIO, A/K/A "BIGOTE",
[2] EMANUEL ERAZO GONZÁLEZ, A/K/A "PANGOLA",
[3] JUAN CARLOS BLANCO MELÉNDEZ, A/K/A "PUCHU",
[4] MIGUEL ANGEL RODRÍGUEZ ORTIZ, A/K/A "GAMBITO",
[5] XAVIER SANTIAGO BERRIOS, A/K/A "XAVY","XAVY",
[6] LOUIS DANIEL DÁVILA ROMÁN, A/K/A "GUI","GUIMO",
[7] EDUARDO SÁNCHEZ-SIERRA, A/K/A "MACHO",
[8] AMMISADAY SILVA-APONTE, A/K/A "BAYAMONCITO",
[9] ARMANDO LÓPEZ ROSA, A/K/A "POPEYE",
[10] CARLOS JAVIER SANTOS RIVERA, A/K/A "NEGRITO",
[11] EDUARDO GABRIEL RODRIGUEZ DÍAZ, A/K/A "CHISPI","CHISPIN",
[12] EMANUEL DIAZ FLORES, A/K/A "EL COLORAO","COLO",
[13] EMANUEL FIGUEROA CENTENO, A/K/A "EMMA",
[14] HÉCTOR DAVID CASTRO MERCED, A/K/A "BEBIN", "BEBI", "EL DAVID",
[15] HUGO MARTIN MENDEZ RAMOS, A/K/A "HUGITO",
[16] JOAN MANUEL MARQUEZ RIVERA, A/K/A "YOMO", "EL BEBO", JOANCITO" ,
[17] JOAN MARTIN ORTIZ BERRIOS, A/K/A "EL VIEJO",
[18] JOSE RAMON COLON ROSARIO, A/K/A "CHEMA",
[19] JOSEPH JOE MARCANO GARCIA, A/K/A "BARBA",
[20] JOSHUA VEGA ORTEGA, A/K/A "EL ENANO","SILENCIO",
[21] JUAN MANUEL RUIZ FIGUEROA, A/K/A "MAU"
[22] KEVIN TRINIDAD BÁEZ, A/K/A "KAYU", "CAJU", "CAYU",
[23] LUIS DAVID DE JESÚS, A/K/A "DAVISITO", "DAVID", "LA D", "LA LETRA",
[24] LUIS ENRIQUE NEGRON MERCED, A/K/A "RICKY PALMAS",
[25] LUIS ORLANDO COTTO LUQUE, A/K/A "CASPER", "GASPER", "NOTARIO", "NOTORIO",

[26] MIGUEL ANGEL HERNANDEZ TORRES, A/K/A "MIGUEL BARBA",
[27] VICTOR XAVIER FIGUEROA CENTENO, A/K/A "BARBA",
[28] XADIER EMERITO MARTINEZ MERCED,
[29] KEVIN JOVAN CAEZ ALGEA, A/K/A "KELVIN",
[30] EDGERAL ESTRELLA BUSIGO, A/K/A "GALDITO",
[31] LUÍS ANGEL COLON RODRÍGUEZ, A/K/A "GONGU","GUNGU",
[32] LUIS FELIPE MIRANDA MORALES, A/K/A "PANTY",
[33] JANIEL MANUEL GOMEZ VAZQUEZ, A/K/A "COSTI,"
[34] CARLOS DANIEL RIVERA SANTOS, A/K/A "TRES PACITOS", "PRI",
[35] CARLOS ORLANDO MERCED RAMOS, A/K/A "LANDY",
[36] CHRISTIAN GIOVANNIE ROLDAN COLON, A/K/A "ROLDAN",
[37] CHRISTIAN LUIS PEREZ HERNANDEZ, A/K/A "CASPER",
[38] ELI LARRAZABAL RIVERA, A/K/A "ELIKA", "PAPUJO",
[39] FRANIEL VELAZQUEZ COLÓN, A/K/A "LOGAN", "BEBO",
[40] GIOVANI RODRIGUEZ RIVERA, A/K/A "GIOVANI", "GIOVA CARTOON", "CARTOON",
[41] JASON VALLE CENTENO, ,
[42]LUIS MANUEL FIGUEROA CENTERNO, A/K/A "CHOCO", "NEGRO", "CHAKAR", "CHAKAL",
[43] MICHAEL RIVERA FLORES, A/K/A "MIKY", "MAIKY",
[44] CHRISTIAN CARTAGENA TORRES, A/K/A "LOS CHRISTIAN", "EL FLACO",
[45] RAFAEL ANGEL COTTO SANCHEZ, A/K/A "FUFI","MELLAO", "FEO",
[46] EZEQUIEL BAEZ GONZALEZ, A/K/A "BELLAQUITO",
[47] LORENZO LLINAS RIVERA, A/K/A "LOLO", "DON CIDRA",
[48] JORGE EDUARDO RIVERA FLORES, A/K/A "GEORGIE CARA DE CABALLO, JORGIE CARA DE CABALLO, GEORGIE, GORGI",
[49] JOSE YASER FLORES DIAZ, A/K/A "EL LINDO",
[50] LUIS RENE HERNANDEZ SILVA, A/K/A "SAPITO",
[51] RICHARD YANIER ROMÁN PÉREZ, A/K/A "RICHARD",
[52] NELSON LUIS COTTO ROMAN, A/K/A "VIEJO",
[53] CARLOS FELIPE ZALDUONDO DIAZ, A/K/A "COLORAO", "EL COLO",
[54] CHRISTIAN JOSE COTTO ORTIZ, A/K/A "CIRIBILLO",
[55] FELIX DANIEL RODRIGUEZ DÍAZ, A/K/A "NEGRITO",

the defendants herein, aiding and abetting one another, did knowingly and intentionally, possess with intent to distribute and distribute one hundred (100) kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, within one thousand (1,000) feet of the real properties comprising housing facilities

owned by a public housing authority, that is the Jardines de Cidra Public Housing Project, Praxedes Santiago Public Housing Project, Vista de Jagueyes Public Housing Project and Vista Alegre Public Housing Project, and other areas nearby.

All in violation of Title 21, U.S.C., §§ 841(a)(1) and (b)(1)(B) and 860 and Title 18, U.S.C., § 2.

**COUNT SIX**

21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2
*(Possession/Distribution of Fentanyl)*

From in or about 2022, and continuing up to and until the date of the return of the instant Indictment, in the Municipalities of Aguas Buenas, Cidra and other areas nearby in the District of Puerto Rico, and within the jurisdiction of this Court,

[1] BRYAN JOEL DÍAZ ROSARIO, A/K/A "BIGOTE",
[2] EMANUEL ERAZO GONZÁLEZ, A/K/A "PANGOLA",
[3] JUAN CARLOS BLANCO MELÉNDEZ, A/K/A "PUCHU",
[4] MIGUEL ANGEL RODRÍGUEZ ORTIZ, A/K/A "GAMBITO",
[5] XAVIER SANTIAGO BERRIOS, A/K/A "XAVY","XAVY",
[6] LOUIS DANIEL DÁVILA ROMÁN, A/K/A "GUI","GUIMO",
[7] EDUARDO SÁNCHEZ-SIERRA, A/K/A "MACHO",
[8] AMMISADAY SILVA-APONTE, A/K/A "BAYAMONCITO",
[9] ARMANDO LÓPEZ ROSA, A/K/A "POPEYE",
[10] CARLOS JAVIER SANTOS RIVERA, A/K/A "NEGRITO",
[11] EDUARDO GABRIEL RODRIGUEZ DÍAZ, A/K/A "CHISPI","CHISPIN",
[12] EMANUEL DIAZ FLORES, A/K/A "EL COLORAO","COLO",
[13] EMANUEL FIGUEROA CENTENO, A/K/A "EMMA",
[14] HÉCTOR DAVID CASTRO MERCED, A/K/A "BEBIN", "BEBI", "EL DAVID",
[15] HUGO MARTIN MENDEZ RAMOS, A/K/A "HUGITO",
[16] JOAN MANUEL MARQUEZ RIVERA, A/K/A "YOMO", "EL BEBO", JOANCITO",
[17] JOAN MARTIN ORTIZ BERRIOS, A/K/A "EL VIEJO",
[18] JOSE RAMON COLON ROSARIO, A/K/A "CHEMA",
[19] JOSEPH JOE MARCANO GARCIA, A/K/A "BARBA",
[20] JOSHUA VEGA ORTEGA, A/K/A "EL ENANO","SILENCIO",
[21] JUAN MANUEL RUIZ FIGUEROA, A/K/A "MAU",

[22] KEVIN TRINIDAD BÁEZ, A/K/A "KAYU", "CAJU", "CAYU",
[23] LUIS DAVID DE JESÚS, A/K/A "DAVISITO", "DAVID", "LA D", "LA LETRA",
[24] LUIS ENRIQUE NEGRON MERCED, A/K/A "RICKY PALMAS",
[25] LUIS ORLANDO COTTO LUQUE, A/K/A "CASPER", "GASPER", "NOTARIO", "NOTORIO",
[26] MIGUEL ANGEL HERNANDEZ TORRES, A/K/A "MIGUEL BARBA",
[27] VICTOR XAVIER FIGUEROA CENTENO, A/K/A "BARBA",
[28] XADIER EMERITO MARTINEZ MERCED,
[29] KEVIN JOVAN CAEZ ALGEA, A/K/A "KELVIN",
[30] EDGERAL ESTRELLA BUSIGO, A/K/A "GALDITO",
[31] LUÍS ANGEL COLON RODRÍGUEZ, A/K/A "GONGU","GUNGU",
[32] LUIS FELIPE MIRANDA MORALES, A/K/A "PANTY",
[33] JANIEL MANUEL GOMEZ VAZQUEZ, A/K/A "COSTI",
[34] CARLOS DANIEL RIVERA SANTOS, A/K/A "TRES PACITOS", "PRI",
[35] CARLOS ORLANDO MERCED RAMOS, A/K/A "LANDY",
[36] CHRISTIAN GIOVANNIE ROLDAN COLON, A/K/A "ROLDAN",
[37] CHRISTIAN LUIS PEREZ HERNANDEZ, A/K/A "CASPER",
[38] ELI LARRAZABAL RIVERA, A/K/A "ELIKA", "PAPUJO",
[39] FRANIEL VELAZQUEZ COLÓN, A/K/A "LOGAN", "BEBO",
[40] GIOVANI RODRIGUEZ RIVERA, A/K/A "GIOVANI", "GIOVA CARTOON", "CARTOON",
[41] JASON VALLE CENTENO, ,
[42]LUIS MANUEL FIGUEROA CENTERNO, A/K/A "CHOCO", "NEGRO", "CHAKAR", "CHAKAL",
[43] MICHAEL RIVERA FLORES, A/K/A "MIKY", "MAIKY",
[44] CHRISTIAN CARTAGENA TORRES, A/K/A "LOS CHRISTIAN", "EL FLACO",
[45] RAFAEL ANGEL COTTO SANCHEZ, A/K/A "FUFI","MELLAO", "FEO",
[46] EZEQUIEL BAEZ GONZALEZ, A/K/A "BELLAQUITO",
[47] LORENZO LLINAS RIVERA, A/K/A "LOLO", "DON CIDRA",
[48] JORGE EDUARDO RIVERA FLORES, A/K/A "GEORGIE CARA DE CABALLO, JORGIE CARA DE CABALLO, GEORGIE, GORGI",
[49] JOSE YASER FLORES DIAZ, A/K/A "EL LINDO",
[50] LUIS RENE HERNANDEZ SILVA, A/K/A "SAPITO",
[51] RICHARD YANIER ROMÁN PÉREZ, A/K/A "RICHARD",
[52] NELSON LUIS COTTO ROMAN, A/K/A "VIEJO",
[53] CARLOS FELIPE ZALDUONDO DIAZ, A/K/A "COLORAO", "EL COLO",
[54] CHRISTIAN JOSE COTTO ORTIZ, A/K/A "CIRIBILLO",
[55] FELIX DANIEL RODRIGUEZ DÍAZ, A/K/A "NEGRITO",

the defendants herein, aiding and abetting one another, did knowingly and intentionally,

possess with intent to distribute and distribute four hundred (400) grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4piperidinyl] propenamide or 100 grams or more of a mixture or substance containing a detectable amount of any analogue N-phenyl-N-[1-(2-phenylethyl)-4piperidinyl] propenamide, a Schedule I Controlled Substance, within one thousand (1,000) feet of the real properties comprising housing facilities owned by a public housing authority, that is the Jardines de Cidra Public Housing Project, Praxedes Santiago Public Housing Project, Vista de Jagueyes Public Housing Project and Vista Alegre Public Housing Project, and other areas nearby.

All in violation of Title 21, U.S.C., §§ 841(a)(1) and (b)(1)(A) and 860 and Title 18, U.S.C., § 2.

**COUNT SEVEN**

18 U.S.C. §§ 924(c)(1)(A) & 2

*(Possession of Firearms in Furtherance of a Drug Trafficking Crime)*

From in or about 2022, and continuing up to and until the date of the return of the instant Indictment, in the Municipalities of Aguas Buenas, Cidra and other areas nearby in the District of Puerto Rico, and within the jurisdiction of this Court,

[1] BRYAN JOEL DÍAZ ROSARIO,A/K/A "BIGOTE",
[2] EMANUEL ERAZO GONZÁLEZ, A/K/A "PANGOLA",
[3] JUAN CARLOS BLANCO MELÉNDEZ, A/K/A "PUCHU",
[4] MIGUEL ANGEL RODRÍGUEZ ORTIZ, A/K/A "GAMBITO",
[5] XAVIER SANTIAGO BERRIOS, A/K/A "XAVY","XAVY",
[6] LOUIS DANIEL DÁVILA ROMÁN, A/K/A "GUI","GUIMO",
[7] EDUARDO SÁNCHEZ-SIERRA, A/K/A "MACHO",
[8] AMMISADAY SILVA-APONTE, A/K/A "BAYAMONCITO",
[9] ARMANDO LÓPEZ ROSA, A/K/A "POPEYE",
[12] EMANUEL DIAZ FLORES, A/K/A "EL COLORAO","COLO",
[14] HÉCTOR DAVID CASTRO MERCED, A/K/A "BEBIN", "BEBI", "EL DAVID",
[16] JOAN MANUEL MARQUEZ RIVERA, A/K/A "YOMO", "EL BEBO", "JOANCITO",
[17] JOAN MARTIN ORTIZ BERRIOS, A/K/A "EL VIEJO",
[18] JOSE RAMON COLON ROSARIO, A/K/A "CHEMA",
[19] JOSEPH JOE MARCANO GARCIA, A/K/A "BARBA",

[20] JOSHUA VEGA ORTEGA, A/K/A "EL ENANO","SILENCIO",
[22] KEVIN TRINIDAD BÁEZ, A/K/A "KAYU", "CAJU", "CAYU",
[23] LUIS DAVID DE JESÚS, A/K/A "DAVISITO", "DAVID", "LA D", "LA LETRA",
[24] LUIS ENRIQUE NEGRON MERCED, A/K/A "RICKY PALMAS",
[26] MIGUEL ANGEL HERNANDEZ TORRES,
[29] KEVIN JOVAN CAEZ ALGEA, A/K/A "KELVIN",
[30] EDGERAL ESTRELLA BUSIGO, A/K/A "GALDITO",
[31] LUÍS ANGEL COLON RODRÍGUEZ, A/K/A "GONGU","GUNGU",
[32] LUIS FELIPE MIRANDA MORALES, A/K/A "PANTY",
[34] CARLOS DANIEL RIVERA SANTOS, A/K/A "TRES PACITOS", "PRI",
[36] CHRISTIAN GIOVANNIE ROLDAN COLON, A/K/A "ROLDAN",
[37] CHRISTIAN LUIS PEREZ HERNANDEZ, A/K/A "CASPER",
[38] ELI LARRAZABAL RIVERA, A/K/A "ELIKA", "PAPUJO",
[40] GIOVANI RODRIGUEZ RIVERA, A/K/A "GIOVANI", "GIOVA CARTOON", "CARTOON",
[42]LUIS MANUEL FIGUEROA CENTERNO, A/K/A "CHOCO", "NEGRO", "CHAKAR", "CHAKAL",
[43] MICHAEL RIVERA FLORES, A/K/A "MIKY", "MAIKY",
[45] RAFAEL ANGEL COTTO SANCHEZ, A/K/A "FUFI","MELLAO", "FEO",
[46] EZEQUIEL BAEZ GONZALEZ, A/K/A "BELLAQUITO",
[49] JOSE YASER FLORES DIAZ, A/K/A "EL LINDO",
[50] LUIS RENE HERNANDEZ SILVA, A/K/A "SAPITO",
[51] RICHARD YANIER ROMÁN PÉREZ, A/K/A "RICHARD",
[52] NELSON LUIS COTTO ROMAN, A/K/A "VIEJO",

the defendants herein, adding and abetting one another, did knowingly and unlawfully possess firearms, of unknown make and caliber, as that term is defined in Title 18, U.S.C., §§ 921(a)(3), in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States: that is, conspiracy to possess controlled substances and possession with intent to distribute controlled substances as charged in Counts One through Six of this Indictment, pursuant to Title 21, U.S.C., §§ 841(a)(1), 846 and 860.

All in violation of Title 18, U.S.C., § § 924(c)(1)(A) and 2.

**COUNT EIGHT**

18 U.S.C. § 924(c)(1)(A) & (B)(ii) & § 2

*(Possession of a Machinegun in Furtherance of a Drug Trafficking Crime)*

From in or about 2022, and continuing up to and until the date of the return of the instant Indictment, in the Municipalities of Aguas Buenas, Cidra and other areas nearby in the District of Puerto Rico, and within the jurisdiction of this Court,

[1] BRYAN JOEL DÍAZ ROSARIO, A/K/A "BIGOTE".
[2] EMANUEL ERAZO GONZÁLEZ, A/K/A "PANGOLA".
[4] MIGUEL ANGEL RODRÍGUEZ ORTIZ, A/K/A "GAMBITO",
[5] XAVIER SANTIAGO BERRIOS, A/K/A "XAVY","XAVY",
[8] AMMISADAY SILVA-APONTE, A/K/A "BAYAMONCITO",
[12] EMANUEL DIAZ FLORES, A/K/A "EL COLORAO","COLO",
[16] JOAN MANUEL MARQUEZ RIVERA, A/K/A "YOMO", "EL BEBO", "JOANCITO" ,
[17] JOAN MARTIN ORTIZ BERRIOS, A/K/A "EL VIEJO",
[18] JOSE RAMON COLON ROSARIO, A/K/A "CHEMA",
[22] KEVIN TRINIDAD BÁEZ, A/K/A "KAYU", "CAJU", "CAYU",
[26] MIGUEL ANGEL HERNANDEZ TORRES,
[31] LUÍS ANGEL COLON RODRÍGUEZ, A/K/A "GONGU","GUNGU",
[34] CARLOS DANIEL RIVERA SANTOS, A/K/A "TRES PACITOS", "PRI",
[36] CHRISTIAN GIOVANNIE ROLDAN COLON, A/K/A "ROLDAN",
[37] CHRISTIAN LUIS PEREZ HERNANDEZ, A/K/A "CASPER",
[40] GIOVANI RODRIGUEZ RIVERA, A/K/A "GIOVANI", "GIOVA CARTOON", "CARTOON",
[45] RAFAEL ANGEL COTTO SANCHEZ, A/K/A "FUFI","MELLAO", "FEO",

the defendants herein, adding and abetting one another, did knowingly and unlawfully possess firearms, of known and unknown makes and calibers, modified to fire automatically more than one shot, without manual reloading, by a single function of the trigger, in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, that is conspiracy to possess controlled substances and possession with intent to distribute controlled substances as charged in Counts One through Six of this Indictment, pursuant to Title 21, U.S.C,. §§ 841(a)(1), 846 and 860.

All in violation of Title 18, U.S.C., §§ 924(c)(1)(A) & (B)(ii) and 2.

**<u>NARCOTICS FORFEITURE ALLEGATION</u>**
21 U.S.C. § 853(a)(1) and (2)

1. The allegations contained in Counts One through Six of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, U.S.C., § 853.

2. Pursuant to Title 21, U.S.C., § 853, upon conviction of an offense in violation of Title 21, U.S.C., § 846, the defendants shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s). The property to be forfeited includes, but is not limited to, the following: A sum of money equal to the total amount of money involved in each offense, or conspiracy to commit such offense, for which the defendant is convicted, to wit: $100,000,000.00 in U.S. Currency. If more than one defendant is convicted of an offense, the defendants so convicted are jointly and severally liable for the amount involved in such offense.

3. If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, U.S.C., § 853(p).

**FIREARMS AND AMMUNITION FORFEITURE ALLEGATION**
18 U.S.C. § 924(d)(1) & 28 U.S.C. § 2461(c)

1. The allegations contained in Counts One through Seven of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, U.S.C., § 924(d) and Title 28, U.S.C., § 2461(c).

2. Upon conviction of the offenses in violation of Title 18, U.S.C., § 924(c), set forth in Count Seven or Eight of this Indictment, the defendants,

[1] BRYAN JOEL DÍAZ ROSARIO,A/K/A "BIGOTE",
[2] EMANUEL ERAZO GONZÁLEZ, A/K/A "PANGOLA",
[3] JUAN CARLOS BLANCO MELÉNDEZ, A/K/A "PUCHU",
[4] MIGUEL ANGEL RODRÍGUEZ ORTIZ, A/K/A "GAMBITO",
[5] XAVIER SANTIAGO BERRIOS, A/K/A "XAVY","XAVY",
[6] LOUIS DANIEL DÁVILA ROMÁN, A/K/A "GUI","GUIMO",
[7] EDUARDO SÁNCHEZ-SIERRA, A/K/A "MACHO",
[8] AMMISADAY SILVA-APONTE, A/K/A "BAYAMONCITO",
[9] ARMANDO LÓPEZ ROSA, A/K/A "POPEYE",
[12] EMANUEL DIAZ FLORES, A/K/A "EL COLORAO","COLO",
[14] HÉCTOR DAVID CASTRO MERCED, A/K/A "BEBIN", "BEBI", "EL DAVID",
[16] JOAN MANUEL MARQUEZ RIVERA, A/K/A "YOMO", "EL BEBO", "JOANCITO",
[17] JOAN MARTIN ORTIZ BERRIOS, A/K/A "EL VIEJO",
[18] JOSE RAMON COLON ROSARIO, A/K/A "CHEMA",
[19] JOSEPH JOE MARCANO GARCIA, A/K/A "BARBA",
[20] JOSHUA VEGA ORTEGA, A/K/A "EL ENANO","SILENCIO",
[22] KEVIN TRINIDAD BÁEZ, A/K/A "KAYU", "CAJU", "CAYU",
[23] LUIS DAVID DE JESÚS, A/K/A "DAVISITO", "DAVID", "LA D", "LA LETRA",
[24] LUIS ENRIQUE NEGRON MERCED, A/K/A "RICKY PALMAS",
[26] MIGUEL ANGEL HERNANDEZ TORRES,
[29] KEVIN JOVAN CAEZ ALGEA, A/K/A "KELVIN",
[30] EDGERAL ESTRELLA BUSIGO, A/K/A "GALDITO",
[31] LUÍS ANGEL COLON RODRÍGUEZ, A/K/A "GONGU","GUNGU",
[32] LUIS FELIPE MIRANDA MORALES, A/K/A "PANTY",
[34] CARLOS DANIEL RIVERA SANTOS, A/K/A "TRES PACITOS", "PRI",
[36] CHRISTIAN GIOVANNIE ROLDAN COLON, A/K/A "ROLDAN",
[37] CHRISTIAN LUIS PEREZ HERNANDEZ, A/K/A "CASPER",
[38] ELI LARRAZABAL RIVERA, A/K/A "ELIKA", "PAPUJO",

[40] GIOVANI RODRIGUEZ RIVERA, A/K/A "GIOVANI", "GIOVA CARTOON", "CARTOON",
[42]LUIS MANUEL FIGUEROA CENTERNO, A/K/A "CHOCO", "NEGRO", "CHAKAR", "CHAKAL",
[43] MICHAEL RIVERA FLORES, A/K/A "MIKY", "MAIKY",
[45] RAFAEL ANGEL COTTO SANCHEZ, A/K/A "FUFI","MELLAO", "FEO"
[46] EZEQUIEL BAEZ GONZALEZ, A/K/A "BELLAQUITO",
[49] JOSE YASER FLORES DIAZ, A/K/A "EL LINDO",
[50] LUIS RENE HERNANDEZ SILVA, A/K/A "SAPITO",
[51] RICHARD YANIER ROMÁN PÉREZ, A/K/A "RICHARD",
[52] NELSON LÙIS COTTO ROMAN, A/K/A "VIEJO",

shall forfeit to the United States pursuant to Title 18, U.S.C., § 924(d) and Title 28, U.S.C., § 2461(c) any firearms and ammunition involved or used in the commission of the offense.

3. Upon conviction of the offenses in violation of Title 18, U.S.C., § 924(c), as set forth in Count Seven or Eight of this Indictment, the defendants,

[1] BRYAN JOEL DÍAZ ROSARIO,A/K/A "BIGOTE",
[2] EMANUEL ERAZO GONZÁLEZ, A/K/A "PANGOLA",
[3] JUAN CARLOS BLANCO MELÉNDEZ, A/K/A "PUCHU",
[4] MIGUEL ANGEL RODRÍGUEZ ORTIZ, A/K/A "GAMBITO",
[5] XAVIER SANTIAGO BERRIOS, A/K/A "XAVY","XAVY",
[6] LOUIS DANIEL DÁVILA ROMÁN, A/K/A "GUI","GUIMO",
[7] EDUARDO SÁNCHEZ-SIERRA, A/K/A "MACHO",
[8] AMMISADAY SILVA-APONTE, A/K/A "BAYAMONCITO",
[9] ARMANDO LÓPEZ ROSA, A/K/A "POPEYE",
[12] EMANUEL DIAZ FLORES, A/K/A "EL COLORAO","COLO",
[14] HÉCTOR DAVID CASTRO MERCED, A/K/A "BEBIN", "BEBI", "EL DAVID",
[16] JOAN MANUEL MARQUEZ RIVERA, A/K/A "YOMO", "EL BEBO", "JOANCITO",
[17] JOAN MARTIN ORTIZ BERRIOS, A/K/A "EL VIEJO",
[18] JOSE RAMON COLON ROSARIO, A/K/A "CHEMA",
[19] JOSEPH JOE MARCANO GARCIA, A/K/A "BARBA",
[20] JOSHUA VEGA ORTEGA, A/K/A "EL ENANO","SILENCIO",
[22] KEVIN TRINIDAD BÁEZ, A/K/A "KAYU", "CAJU", "CAYU",
[23] LUIS DAVID DE JESÚS, A/K/A "DAVISITO", "DAVID", "LA D", "LA LETRA",
[24] LUIS ENRIQUE NEGRON MERCED, A/K/A "RICKY PALMAS",
[26] MIGUEL ANGEL HERNANDEZ TORRES,
[29] KEVIN JOVAN CAEZ ALGEA, A/K/A "KELVIN",
[30] EDGERAL ESTRELLA BUSIGO, A/K/A "GALDITO",

[31] LUÍS ANGEL COLON RODRÍGUEZ, A/K/A "GONGU","GUNGU",
[32] LUIS FELIPE MIRANDA MORALES, A/K/A "PANTY",
[34] CARLOS DANIEL RIVERA SANTOS, A/K/A "TRES PACITOS", "PRI",
[36] CHRISTIAN GIOVANNIE ROLDAN COLON, A/K/A "ROLDAN",
[37] CHRISTIAN LUIS PEREZ HERNANDEZ, A/K/A "CASPER",
[38] ELI LARRAZABAL RIVERA, A/K/A "ELIKA", "PAPUJO",
[40] GIOVANI RODRIGUEZ RIVERA, A/K/A "GIOVANI", "GIOVA CARTOON", "CARTOON",
[42]LUIS MANUEL FIGUEROA CENTERNO, A/K/A "CHOCO", "NEGRO", "CHAKAR", "CHAKAL",
[43] MICHAEL RIVERA FLORES, A/K/A "MIKY", "MAIKY",
[45] RAFAEL ANGEL COTTO SANCHEZ, A/K/A "FUFI","MELLAO", "FEO",
[46] EZEQUIEL BAEZ GONZALEZ, A/K/A "BELLAQUITO",
[49] JOSE YASER FLORES DIAZ, A/K/A "EL LINDO",
[50] LUIS RENE HERNANDEZ SILVA, A/K/A "SAPITO",
[51] RICHARD YANIER ROMÁN PÉREZ, A/K/A "RICHARD",
[52] NELSON LUIS COTTO ROMAN, A/K/A "VIEJO",

INTENTIONALY LEFT ON BLANK

INDECTMENT CONTINUE ON NEXT PAGE

shall forfeit to the United States pursuant to Title 18, U.S.C., § 924(d) and Title 28, U.S.C., §2461(c) any firearms and ammunition involved or used in the commission of the offense. All pursuant to Title 18, U.S.C., § 924(d) and Title 28, U.S.C., § 2461(c).

[redacted]

Date: November 4, 2020

Héctor Ramírez-Carbó
Acting United States Attorney

Alberto R. López-Rocafort
Assistant United States Attorney
Chief, Gang Division

Teresa Zapata-Valladares
Assistant United States Attorney
Deputy Chief, Gang Section

Daphne Cordero Guilloty
Assistant United States Attorney